NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-1277**


STATE OF LOUISIANA

VERSUS

**DARRELL WILTZ and
ROGER BATISTE**


************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 88393,
HONORABLE JOHN D. TRAHAN, DISTRICT JUDGE

************

**MICHAEL G. SULLIVAN
JUDGE**

************

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.

**WILTZ:**

**SENTENCES AFFIRMED WITH INSTRUCTIONS.**

**BATISTE:**

**SENTENCES FOR BOTH ACCESSORY AFTER THE FACT CONVICTIONS VACATED AND REMANDED WITH INSTRUCTIONS. MOTION TO WITHDRAW GRANTED. TRIAL COUNSEL ORDERED APPOINTED.**

**Michael Harson**
  District Attorney
**Luke Edwards**
  Assistant District Attorney
Post Office Box 3306
Lafayette, Louisiana   70502-3306
(337) 232-5170
Counsel for:
      State of Louisiana

**G. Paul Marx**
Attorney at Law
Post Office Box 82389
Lafayette, Louisiana   70598-2389
(337) 237-2537
Counsel for Defendant/Appellant:
      Roger Batiste

**Edward K. Bauman**
Louisiana Appellate Project
Post Office Box 1641
Lake Charles, LA 70602-1641
(337) 491-0570
Counsel for Defendant/Appellant:
      Darrell Wiltz

**Darrell Wiltz**
Allen Correctional Center
3751 Lauderdale Woodyard Road
Kinder, Louisiana   70648
Defendant/Appellant